### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JESSIE WAYNE MENDENHALL,        ) | |
|              Plaintiff,     ) | |
| vs.                                                        ) | NO. CIV-24-0336-HE |
| UNION CITY COMMUNITY           ) <br> CORRECTIONS CENTER, et al.,     ) | |
|             Defendants.   ) | |

### **ORDER**

Plaintiff Jessie Wayne Mendenhall brought this action alleging violations of his constitutional rights. The matter was referred to Magistrate Judge Suzanne Mitchell for all further proceedings. [Doc. #15]. On July 31, 2024, Judge Mitchell issued a Report and Recommendation recommending the dismissal of plaintiff's complaint in its entirety. Plaintiff was advised of his right to object to the Report and Recommendation by August 21, 2024. No objection has been filed. Plaintiff has therefore waived his right to appellate review of the factual and legal issues addressed in the report. <u>Cassanova v. Ulibarri</u>, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #16] and **DISMISSES** plaintiff's complaint in its entirety. Additionally, for the reasons set forth in footnote 3 of the Report and Recommendation, the court instructs the Clerk of Court to refund plaintiff's filing fee.

**IT IS SO ORDERED**.

Dated this 3rd day of September, 2024.

                                                *[signature]*
                                                JOE HEATON
                                                UNITED STATES DISTRICT JUDGE